JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

ISABEL A. CHAVEZ,                    )        Case No. CV 11-6388-MLG
                                     )
              Plaintiff,             )        JUDGMENT
                                     )
      v.                             )
                                     )
MICHAEL J. ASTRUE,                   )
Commissioner of the                  )
Social Security Administration,      )
                                     )
              Defendant.             )
_____)

    **IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.


DATED: April 11, 2012

                              MARC L. GOLDMAN
                              _____
                              MARC L. GOLDMAN
                              United States Magistrate Judge