1 | Brian C. Shapiro
Attorney at Law: 192789
2 | Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 | Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 | Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Isabel A. Chavez

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABEL A. CHAVEZ, | Case No.: CV 11-6388 ~~AG~~ MLG |
| Plaintiff, | {~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,600.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:   May 11, 2012

_____
THE HONORABLE MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 | /s/ *Brian C. Shapiro*
     _____
4 | Brian C. Shapiro
     Attorney for plaintiff Isabel A. Chavez